# DECLARATION OF SERVICE

I am over the age of eighteen years and not a party to the within action. My business address is Hennigan, Bennett & Dorman LLP, 601 South Figueroa Street, Suite 3300, Los Angeles, California 90017.

On July 20, 2004, I served the following pleading:

**NOTICE OF MOTION AND MOTION TO DISQUALIFY PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB AS COUNSEL FOR CERTAIN INDIVIDUALS WHO ARE FORMER PARTNERS OF BROBECK, PHLEGER & HARRISON LLP**

on the interested parties in this action by placing true copies thereof, enclosed in sealed envelopes, with first-class postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as follows:

See attached service list

I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Los Angeles, California. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in an affidavit.

I declare that I am employed in an office of a member of the bar of this Court, at whose direction the within service was made. I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct.

EXECUTED on July 20, 2004, at Los Angeles, California.

_____
Kevin Floyd, Declarant

# SERVICE LIST

Office of the U.S. Trustee
Attn: Patricia A. Cutler, Esq.
Attn: Frank M. Cadigan, Esq.
250 Montgomery Street, Suite 1000
San Francisco, CA 94104
(U.S. Trustee)

Kornfield, Paul & Nyberg
Attn: Eric A. Nyberg, Esq.
1999 Harrison Street, #800
Oakland, CA 94612
(Counsel to Debtor)

Allen, Matkins, Leck, Gamble & Mallory
Attn: Michael S. Greger, Esq.
1900 Main Street, 5th Floor
Irvine, CA 92614
(Counsel to Petitioning Creditors)

Brown McCarroll, LLP
Attn: Patricia B. Tomasco
111 Congress Ave., Ste. 1400
Austin, TX 78701
(Counsel to Edward Molter, David
Whittlesey and Thomas Nelson)

Allen, Matkins, Leck, Gamble & Mallory
Attn: Todd E. Whitman, Esq.
1901 Ave. of the Stars, Ste. 1800
Los Angeles, CA 90064
(Counsel to Kilroy Realty L.P.)

Stanford & Associates
c/o Donald F. Sammis
402 West Broadway, Ste. 2900
San Diego, CA 92101
(Creditor Request for Notice)

Spiwak & Iezza
Attn: Nick I. Iezza, Esq.
2660 Townsgate Road, Ste. 530
Westlake Village, CA 91361
(Counsel to GE Capital Corp.)

E. Lynn Schoenmann
800 Powell Street
San Francisco, CA 94104
(Interim Trustee)

Thelen, Reid and Priest
Attn: Margaret E. Garms, Esq.
Attn: Kathryn E. McQueen, Esq.
101 2nd Street, Ste. 1800
San Francisco, CA 94105
(Counsel to Petitioning Creditors)

Hohmann, Taube And Summers
Attn: Eric J. Taube, Esq.
100 Congress Ave., #1600
Austin, TX 78701
(Counsel to Steven M. Zager)

Gibson, Dunn & Crutcher
Attn: Desmond Cussen, Esq.
1 Montgomery Street, 31st Floor
San Francisco, CA 94104
(Counsel to Citibank, FSB)

Bingham McCutchen LLP
Attn: David Fallek, Esq.
Three Embarcadero Center, Ste. 1800
San Francisco, CA 94111
(Counsel to Lexington & MPC Ins. Cos.)

Pachulski, Stang, Ziehl, Young and Jones
Attn: Kenneth H. Brown, Esq.
3 Embarcadero Center, Ste. 1020
San Francisco, CA 94111
(Counsel to Ellen Corenswet and
James Miller)

Binder and Malter
Attn: Heinz Binder, Esq.
2775 Park Avenue
Santa Clara, CA 95050
(Counsel to Melinda Riechert, Gregory Lemmer
and Carol Freeman)

Pinnacle Law Group
Attn: Jeremy W. Katz, Esq.
425 California Street, Ste. 1800
San Francisco, CA 94104
(Counsel to Opus South Corp.)

Bachecki, Crom & Co.
Attn: Jay Crom
180 Montgomery Street, Suite 2340
San Francisco, CA 94104
(Accountant)

Schreeder, Wheeler and Flint LLP
Attn: Lawrence Burnat, Esq.
1600 The Candler Building
127 Peachtree Street, N.E.
Atlanta, GA 30303
(Counsel to CNN)

Dan J. Schulman
140 Broadway, 35th Floor
New York, NY 10005
(Creditor Request For Notice)

Law Offices of Trucker and Huss
Attn: Barbara B. Creed
120 Montgomery St., 23rd Floor
San Francisco, CA 94104
(Counsel to Brobeck, Phleger and Harrison Retirement Savings Plan)

Quinn Emanuel Urquhart Oliver & Hedges
Attn: Kenneth R. Chiate, Esq.
Attn: Jeffrey N. Boozell, Esq.
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(Counsel to 26 Disassociated Partners)

Clifford Chance US, LLP
Attn: Gerard J. Walsh, Esq.
601 South Figueroa Street
Los Angeles, CA 90017
(Steering Committee Member)

Law Office of Michael T. O'Halloran
Attn: Michael T. O'Halloran, Esq.
1010 Second Avenue, Suite 1727
San Diego, CA 92101
(Counsel to Don Sammis)

Friedlander Misler
Robert E. Greenberg, Esq.
Thomas F. Murphy, Esq.
1101 17th Street NW, Suite 700
Washington, DC 20036
(Counsel to Gateway Virginia Properties)

White and Case LLP
Attn: Philip H. Schaeffer
1155 Avenue of the Americas
New York, NY 10036
(Counsel to Kevin B. Fisher)

Winston & Strawn LLP
Attn: Margaret Sheneman, Esq.
101 California Street, 39th Floor
San Francisco, CA 94111
(Special Bankruptcy Counsel to
26 Disassociated Partners)

Cadwalader, Wickersham & Taft LLP
Attn: Gregory A. Markel, Esq.
100 Maiden Lane
New York, NY 10038
(Steering Committee Member)

Clifford Chance US, LLP
Attn: James E. Burns, Jr., Esq.
One Market Street, 8th Floor
San Francisco, CA 94105
(Steering Committee Member)

Dewey Ballantine LLP
Attn: James J. Elacqua, Esq.
1950 University Avenue, Suite 500
East Palo Alto, CA 94303
(Steering Committee Member)

Dewey Ballantine LLP
Attn: William Bryan Farney, P.C.
401 Congress Avenue, Suite 3200
Austin, TX 78701
(Steering Committee Member)

Law Offices of Sampson and Associates
Attn: Bryan D. Sampson, Esq.
2139 1st Avenue
San Diego, CA 92101
(Counsel to Legal Reprographics, Inc.)

William R. Irwin, Esq.
6966 Paso Robles Drive
Oakland, CA 94611
(Request for Special Notice)

Carlson, Calladine & Peterson LLP
Attn: Guy D. Calladine, Esq.
Two Embarcadero Center, 18th Floor
San Francisco, CA 94111
(Counsel to Kathie Alden)

Law Offices of Terry A. Dake
Attn: Terry A. Dake, Esq.
11811 N Tatum Blvd., Suite 3031
Phoenix, AZ 85028
(Counsel to Employee Solutions, Inc.)

Davis Wright Tremaine LLP
Attn: Peter L. Isola, Esq.
One Embarcadero Center, Suite 600
San Francisco, CA 94111
(Counsel to Dickson, Carlson & Campillo, et al.)

Cooley Godward LLP
Attn: John C. Dwyer, Esq.
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
(Counsel to Defendant Tower C. Snow)

Hershorin and Henry, LLP
Attn: David M. Hershorin
20532 El Toro Road, Suite 102
Mission Viejo, CA 92692
(Counsel to Charles F. Vandenburgh)

Wells Fargo Bank
BDD-Bankruptcy
P.O. Box 53476
Phoenix, AZ 85072
(Creditor Request for Notice)

Bishop, Daneman and Simpson
Attn: Douglas R. Gorius, Esq.
2 N Charles Street, Suite 500
Baltimore, MD 21201
(Counsel to the Official Committee of
Unsecured Creditors of Tidepoint Corp.)

Davis Wright Tremaine LLP
Attn: John R. Tate, Esq.
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017
(Counsel to Dickson, Carlson & Campillo, et al.)

Kirkland & Ellis LLP
Attn: James F. Basile, Esq.
333 Bush Street
San Francisco, CA 94104
(Counsel to Defendants Clifford Chance Rogers
& Wells, LLP; Clifford Chance Limited
Liability Partnership; and Clifford Chance U.S.
LLP)

The Lanier Law Firm
Attn: Eugene Egdorf, Esq.
6810 FM 1960 West
Houston, TX 77069
(Counsel to the Litigation Trust and other
Plaintiffs)

Jeffer, Mangels, Butler & Marmaro LLP
Attn: Richard A. Rogan, Esq.
Two Embarcadero Center, 5th Floor
San Francisco, CA 94111

FTI Consulting, Inc.
Attn: M. Freddie Reiss
633 W. 5th Street, Suite 1600
Los Angeles, CA 90071
(Request for Special Notice)

Kirkland & Ellis LLP
Attn: Richard L. Wynne, Esq.
777 South Figueroa Street
Los Angeles, CA 90017
(Counsel to Defendants Clifford Chance Rogers
& Wells, LLP; Clifford Chance Limited
Liability Partnership; and Clifford Chance U.S.
LLP)

Neil Herskowitz
c/o Riverside Contracting
P.O. Box 626
Planetarium Station
New York, NY 10024-0540
(Counsel for Riverside Contracting)

James L. Miller, Esq.
Stephen M. Snyder, Esq.
Luther K. Orton, Esq.
Snyder, Miller & Orton
111 Sutter Street, Suite 1950
San Francisco, CA 94104
(Counsel to Liquidation Committee of the
Debtor)

Alan Pedlar, Esq.
Stutman, Triester & Glatt
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
(Counsel to the Litigation Trust and other
Plaintiffs)

348777\v1