HENNIGAN, BENNETT & DORMAN LLP
Bennett J. Murphy (SBN 174536)
James O. Johnston (SBN 167330)
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017
Telephone: (213) 694-1200
Facsimile: (213) 694-1234

Counsel for Ronald F. Greenspan,
Chapter 7 Trustee for Brobeck,
Phleger & Harrison LLP

Signed and Filed: May 25, 2005

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>BROBECK, PHLEGER & HARRISON LLP,<br><br>Debtor. | Case No. 03-32715-DM7<br><br>CHAPTER 7<br><br>**ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT OF GLASSBERG, POLLAK & ASSOCIATES, AS SPECIAL COLLECTION COUNSEL FOR RONALD F. GREENSPAN, CHAPTER 7 TRUSTEE FOR BROBECK, PHLEGER & HARRISON LLP**<br><br>Hearing<br><br>[No Hearing Requested] |

This matter coming before the Court on the "Motion For Order Authorizing And Approving The Employment Of Glassberg, Pollak & Associates, As Special Collection Counsel For Ronald F. Greenspan, Chapter 7 Trustee For Brobeck, Phleger & Harrison LLP" (the "Motion")[1], filed by Ronald F. Greenspan, the chapter 7 trustee herein (the "Trustee"); the Court having reviewed the Motion, the record in this case, and the declarations of Ronald F. Greenspan and Robert L. Pollak;

---

[1] All capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

-1-

ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT OF GLASSBERG, POLLAK & ASSOCIATES, AS SPECIAL COLLECTION COUNSEL FOR RONALD F. GREENSPAN CHAPTER 7 TRUSTEE FOR BROBECK, PHLEGER & HARRISON LLP

-2-

the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and (c) notice of the Motion was reasonable and appropriate under the circumstances; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein;

**IT HEREBY IS ORDERED THAT**:

1. The Motion is GRANTED.

2. The Trustee is hereby authorized to employ Glassberg, Pollak & Associates (the "GPA"), as special collection counsel in accordance with the terms set forth in the Motion and the Engagement Letter, a copy of which is attached to the Greenspan Declaration as Exhibit A.

3. As set forth in Motion and the Engagement Letter, any request by GPA for compensation shall be reviewable pursuant to Section 328(a) of the Bankruptcy Code and not Section 330.*

**END OF ORDER**

ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT OF GLASSBERG, POLLAK & ASSOCIATES, AS SPECIAL COLLECTION COUNSEL FOR RONALD F. GREENSPAN CHAPTER 7 TRUSTEE FOR BROBECK, PHLEGER & HARRISON LLP

473356\v1

Case: 03-32715    Doc# 1299    Filed: 05/25/05    Entered: 05/26/05 08:15:04    Page 2 of 3

# COURT SERVICE LIST

Patricia A. Cutler, Esq.
Frank M. Cadigan, Esq.
Office of the U.S. Trustee
235 Pine Street, 7th Floor
San Francisco, CA 94104

Bennett J. Murphy, Esq.
Hennigan, Bennett & Dorman LLP
601 S. Figueroa Street, Suite 3300
Los Angeles, CA 90017

Ronald F. Greenspan
FTI Consulting, Inc.
633 W. 5th Street, Suite 1600
Los Angeles, CA 90071

Robert L. Pollak, Esq.
Glassberg, Pollak & Associates
425 California Street, Suite 850
San Francisco, CA 94104

COURT SERVICE LIST