Entered on Docket
August 05, 2005
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

```
 1  RICHARD A. ROGAN (Bar No. 67310)
    JEFFER, MANGELS, BUTLER & MARMARO LLP          Signed and Filed: August 05, 2005
 2  Two Embarcadero Center, 5th Floor
    San Francisco, California 94111-3824
 3  Telephone:    (415) 398-8080
    Facsimile:    (415) 398-5584                   _____
 4                                                        DENNIS MONTALI
    BARRY V. FREEMAN (Bar No. 33397)                     U.S. Bankruptcy Judge
 5  DAVID M. POITRAS P.C. (Bar No. 141309)
    JEFFER, MANGELS, BUTLER & MARMARO LLP
 6  1900 Avenue of the Stars, Seventh Floor
    Los Angeles, California 90067-4308
 7  Telephone:    (310) 203-8080
    Facsimile:    (310) 712-8571
 8  Email:        dpoitras@jmbm.com

 9  Attorneys for Ronald F. Greenspan, Chapter 7 Trustee for the
    Bankruptcy Estate of Brobeck, Phleger & Harrison LLP
10
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re<br><br>BROBECK, PHLEGER & HARRISON LLP | CASE NO. 03-32715-DM7<br><br>Chapter 7<br><br>**ORDER APPROVING STIPULATION TO AMEND PROOF OF CLAIM FILED BY MAPLEWOOD ASSOCIATES, L.P.**<br><br>[No Hearing Set Per B.L.R. 9014-1(b)(3)] |

On June 27, 2005, Ronald F. Greenspan, Chapter 7 Trustee for the Bankruptcy Estate of Brobeck, Phelger & Harrison LLP ("Trustee"), served and filed a Notice of Motion and Motion for Order Approving Stipulation for Order Approving Stipulation to Amend Proof of Claim Filed by Maplewood Associates, L.P. (the "Motion"). Debtor provided both notice and a copy of the Motion to the United States Trustee, counsel for Maplewood Associates, L.P. and parties requesting special notice.

PRINTED ON
RECYCLED PAPER
3585697v1

Case: 03-32715    Doc# 1465    Filed: 08/05/05    Entered: 08/05/05 16:19:03    Page 1 of 3

Order Approving Stipulation to Amend Proof of
Claim Filed by Maplewood Associates LP

The Notice advised that unless objections, along with a request for a hearing, were properly filed and served within twenty (20) days of the Notice, a proposed order would be lodged by Debtor approving the Stipulation to amend the Proof of Claim filed by Maplewood Associates, L.P.

Based upon the Amended Declaration of Richard A. Rogan, filed on July 28, 2005, it appears that no objections to the Motion were received by the Trustee or his counsel within the applicable objection period.

Based upon the duly noticed Motion as filed, the lack of any objections to the Motion, the declaration attached to the Motion, the complete files and records of this case, the Court being fully advised and good cause appearing therefore,

**IT IS HEREBY ORDERED**:

1. The form and manner of notice is approved;

2. The Motion is granted; and

3. The Stipulation to Amend Proof of Claim No. 1061 filed by Maplewood Associates, L.P. is approved.

\*\* END OF ORDER \*\*

PRINTED ON RECYCLED PAPER

# SERVICE LIST

Patricia A. Cutler, Esq.
Frank M. Cadigan, Esq.
Office of the U.S. Trustee
235 Pine Street, 7th Floor
San Francisco, CA 94104
(U.S. Trustee)

Ronald F. Greenspan
FTI Consulting, Inc.
633 W. 5th Street, Suite 1600
Los Angeles, CA 90071
(Chapter 7 Trustee)

Bennett J. Murphy, Esq.
Hennigan, Bennett & Dorman LLP
601 S. Figueroa Street, Suite 330
Los Angeles, CA 90017
(Counsel to Chapter 7 Trustee)

Maplewood Associates LP
c/o West World Holdings, Inc. - Plaza H
P.O. Box 7247-7373
Philadelphia, PA 19107

PRINTED ON
RECYCLED PAPER