1 DAVID GOULD, APC
DAVID GOULD, SBN 37947
2 23975 Park Sorrento, Suite 200
Calabasas, CA 91302-4011
3 Telephone: (818) 222 8092
Facsimile: (818) 449 4803
4 dgould@davidgouldlaw.com

5 Attorney for Ronald F. Greenspan
Chapter 7 Trustee for Brobeck, Phleger & Harrison LLP
6

7                     UNITED STATES BANKRUPTCY COURT

8                     NORTHERN DISTRICT OF CALIFORNIA

                          SAN FRANCISCO DIVISION
9

10 In re                              )   Chapter 7
                                      )
11 BROBECK, PHLEGER & HARRISON LLP,   )   Case No. 03-32715 (DM)
                                      )
12        Debtor.                     )
                                      )
13                                    )   **SUBSTITUTION OF COUNSEL FOR**
                                      )   **RONALD F. GREENSPAN, CHAPTER 7**
                                      )   **TRUSTEE FOR BROBECK, PHLEGER &**
14                                    )   **HARRISON LLP**
                                      )
15                                    )
                                      )
16                                    )
                                      )
17                                    )

18        **TO ALL COUNSEL AND PARTIES OF RECORD:**

19        NOTICE IS HEREBY GIVEN that RONALD F. GREENSPAN, Chapter 7 Trustee for

20 Brobeck, Phleger & Harrison LLP, hereby substitutes David Gould, APC, 23975 Park Sorrento,

21 Suite 200, Calabasas, CA 91302, in the place and stead of The Law Office of Wayne Johnson, a

22 Professional Corporation, as his Special Collection Counsel in the above-captioned case. All further

23 pleadings, correspondence and communications should be directed to David Gould, APC, attention:

24 David Gould (dgould@davidgouldlaw.com). RONALD F. GREENSPAN has consented to the

25 substitution.

26

27

28

Case: 03-32715    Doc# 2829    Filed: 01/24/11    Entered: 01/24/11 10:41:01    Page 1 of 9

| | |
|---|---|
| 1 | Consent to this Substitution is Hereby Given and Agreed to: |
| 2 | DATED:      January 24, 2011      THE LAW OFFICE OF WAYNE JOHNSON, A |
| 3 | PROFESSIONAL CORPORATION |
| 4 | By: _____ |
| 5 | Wayne E. Johnson |
| 6 | This Substitution is Hereby Accepted and Agreed to: |
| 7 | DATED:      January 24, 2011      DAVID GOULD, APC |
| 8 | |
| 9 | By: _____ |
| | David Gould |

-2-

SUBSTITUTION OF COUNSEL FOR RONALD F. GREENSPAN,
CHAPTER 7 TRUSTEE FOR BROBECK, PHLEGER & HARRISON LLP

1 | Consent to this Substitution is Hereby Given and Agreed to:

2 | DATED:     January 24, 2011     THE LAW OFFICE OF WAYNE JOHNSON, A
    PROFESSIONAL CORPORATION

3 |

4 |     By: _____

5 |                    Wayne E. Johnson

6 | This Substitution is Hereby Accepted and Agreed to:

7 | DATED:     January 24, 2011     DAVID GOULD, APC

8 |     By: _____

9 |                    David Gould

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

SUBSTITUTION OF COUNSEL FOR RONALD F. GREENSPAN,
CHAPTER 7 TRUSTEE FOR BROBECK, PHLEGER & HARRISON LLP

DAVID GOULD, APC
DAVID GOULD, SBN 37947
23975 Park Sorrento, Suite 200
Calabasas, CA 91302-4011
Telephone: (818) 222 8092
Facsimile: (818) 449 4803
dgould@davidgouldlaw.com

Counsel for Ronald F. Greenspan,
Chapter 7 Trustee for Brobeck, Phleger & Harrison LLP

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | ) Case No.03-32715-DM7 |
| | ) |
| BROBECK, PHLEGER & HARRISON LLP, | ) CHAPTER 7 |
| | ) |
| Debtor. | ) **CERTIFICATE OF SERVICE** |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |

Case: 03-32715    Doc# 2829    Filed: 01/24/11    Entered: 01/24/11 10:41:01    Page 4 of 9

1  I am over the age of eighteen years and not a party to the within action. My business address
2  is Hennigan, Bennett & Dorman LLP, 865 South Figueroa Street, Suite 2900, Los Angeles, California 90017.

3  On January 24, 2011, I served the following pleading:

4  **SUBSTITUTION OF COUNSEL FOR RONALD F. GREENSPAN, CHAPTER 7 TRUSTEE FOR BROBECK, PHLEGER & HARRISON LLP**
5

6  on the interested parties in this action by placing true copies thereof, enclosed in sealed envelopes, with first-class postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as follows:
7

8  **SEE ATTACHED SERVICE LIST**

9  I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Los Angeles, California. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the
10  U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles California in the ordinary course of business. I am aware that on motion of the party served, service is
11  presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in an affidavit.
12

13  I declare that I am employed in an office of a member of the bar of this Court, at whose direction the within service was made. I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct.
14

15  EXECUTED on January 24, 2011, at Los Angeles, California.

16

17  /s/ Kevin Floyd
   Kevin Floyd, Declarant

18

19

20

21

22

23

24

25

26

27

28

---

CERTIFICATE OF SERVICE

## SERVICE LIST

| | |
|---|---|
| 1 | |
| 2 | Patricia A. Cutler, Esq. | Eric A. Nyberg, Esq. |

1

2  Patricia A. Cutler, Esq.            Eric A. Nyberg, Esq.
   Frank M. Cadigan, Esq.             Kornfield, Paul & Nyberg
3  Office of the U.S. Trustee         1999 Harrison Street, #800
   235 Pine Street, 7th Floor         Oakland, CA 94612
4  San Francisco, CA 94104            (Special Notice Party)
   (U.S. Trustee)
5
   Ronald F. Greenspan                M. Freddie Reiss
6  FTI Consulting, Inc.               FTI Consulting, Inc.
   633 W. 5th Street, Suite 1600      633 W. 5th Street, Suite 1600
7  Los Angeles, CA 90071              Los Angeles, CA 90071
   (Chapter 7 Trustee)                (Special Notice Party)
8
   E. Lynn Schoenmann                 Richard M. Shapiro
9  800 Powell Street                  Tyler C. Gerking
   San Francisco, CA 94104            Farella Braun & Martel LLP
10 (Special Notice Party)             235 Montgomery Street, 17th Floor
                                      San Francisco, CA 94014
11                                    (Special Notice Party)
12
   Vince Coscino, Esq.                Todd E. Whitman, Esq.
13 Allen, Matkins, Leck, Gamble & Mallory   Allen, Matkins, Leck, Gamble & Mallory
   1900 Main Street, 5th Floor        515 S. Figueroa Street, 7th Floor
14 Irvine, CA 92614                   Los Angeles, CA 90071
   (Special Notice Party)             (Special Notice Party)
15
   David Fallek, Esq.                 Eric J. Taube, Esq.
16 Bingham McCutchen LLP              Hohmann, Taube And Summers
   Three Embarcadero Center, Ste. 1800   100 Congress Ave., 18th Floor
17 San Francisco, CA 94111            Austin, TX 78701
   (Special Notice Party)             (Special Notice Party)
18
   Stan G. Roman, Esq.                Desmond Cussen, Esq.
19 Krieg, Keller, Sloan, Reilley & Roman LLP   Gibson, Dunn & Crutcher
   555 Montgomery Street, 17th Floor  555 Mission Street, Suite 300
20 San Francisco, CA 94111            San Francisco, CA 94105
   (Special Notice Party)             (Special Notice Party)
21
   Cecily A. Dumas, Esq.              Matthew Gold
22 M. Elaine Hammond, Esq.           Argo Partners
   Friedman Dumas & Springwater LLP   12 West 37th Street, 9th Floor
23 150 Spear Street, Suite 1600       New York, NY 10018
   San Francisco, CA 94105            (Special Notice Party)
24 (Special Notice Party)
25 John J. Marshall                   Michael T. O'Halloran, Esq.
   JM Partners LLC                    Law Office of Michael T. O'Halloran
26 PO Box 29940                       1010 Second Avenue, Suite 1727
   Richmond, VA 23242                 San Diego, CA 92101
27 (Special Notice Party)             (Special Notice Party)
28

SERVICE LIST

| | | |
|---|---|---|
| 1 | Jeremy W. Katz, Esq.<br>Pinnacle Law Group | Nick I. Iezza, Esq.<br>Spiwak & Iezza |
| 2 | 425 California Street, Ste. 1800<br>San Francisco, CA 94104 | 555 Marin Street, Suite 140<br>Westlake Village, CA 91360 |
| 3 | (Special Notice Party) | (Special Notice Party) |
| 4 | Gary Fergus, Esq.<br>Fergus, a Law Firm | Philip H. Schaeffer, Esq.<br>White and Case LLP |
| 5 | 595 Market Street, Suite 2430<br>San Francisco, CA 94105 | 1155 Avenue of the Americas<br>New York, NY 10036 |
| 6 | (Special Notice Party) | (Special Notice Party) |
| 7 | Lawrence Burnat, Esq.<br>Schreeder, Wheeler and Flint LLP | Patrick A. Murphy, Esq.<br>Margaret Sheneman, Esq. |
| 8 | 1100 Peachtree Street, N.E.<br>Suite 800 | Brian Y. Lee, Esq.<br>Winston & Strawn LLP |
| 9 | Atlanta, GA 30309<br>(Special Notice Party) | 101 California Street, 39th Floor<br>San Francisco, CA 94111 |
| 10 | | (Special Notice Party) |
| 11 | Dan J. Schulman<br>Salans | Gregory A. Markel, Esq.<br>Cadwalader, Wickersham & Taft LLP |
| 12 | 620 5th Avenue<br>New York, NY 10020 | One World Financial Center<br>New York, NY 10281 |
| 13 | (Special Notice Party) | (Special Notice Party) |
| 14 | Barbara B. Creed, Esq.<br>Law Offices of Trucker and Huss | Wells Fargo Bank<br>BDD-Bankruptcy |
| 15 | 120 Montgomery St., 23rd Floor<br>San Francisco, CA 94104 | P.O. Box 53476<br>Phoenix, AZ 85072 |
| 16 | (Special Notice Party) | (Special Notice Party) |
| 17 | Robert Jay Moore, Esq.<br>Janet Hensch, Esq. | David M. Stern, Esq.<br>Thomas E. Patterson, Esq. |
| 18 | Milbank, Tweed, Hadley & McCloy LLP<br>601 S. Figueroa Street, Suite 3000 | Klee, Tuchin, Bogdanoff & Stern LLP<br>1999 Avenue of the Stars, 39th Floor |
| 19 | Los Angeles, CA 90017<br>(Special Notice Party) | Los Angeles, CA 90067<br>(Special Notice Party) |
| 20 | | |
| 21 | Gerard J. Walsh, Esq.<br>Orrick, Herrington & Sutcliffe LLP | James J. Elacqua, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP |
| 22 | 777 South Figueroa Street, Suite 3200<br>Los Angeles, CA 90017 | 525 University Avenue, Suite 1100<br>Palo Alto, CA 94301 |
| 23 | (Special Notice Party) | (Special Notice Party) |
| 24 | William Bryan Farney<br>DECHERT LLP | James L. Miller, Esq.<br>Snyder, Miller & Orton |
| 25 | 300 West 6th Street, Suite 1850<br>Austin, TX 78701 | 180 Montgomery Street, Suite 700<br>San Francisco, CA 94104 |
| 26 | (Special Notice Party) | (Special Notice Party) |
| 27 | John A. Vos, Esq.<br>1430 Lincoln Avenue | William R. Irwin, Esq.<br>6966 Paso Robles Drive |
| 28 | San Rafael, CA 94901<br>(Special Notice Party | Oakland, CA 94611<br>(Special Notice Party) |

-2-

SERVICE LIST

| | | |
|---|---|---|
| 1 | Richard L. Wynne, Esq.<br>Kirkland & Ellis LLP | John R. Tate, Esq.<br>Davis Wright Tremaine LLP |
| 2 | 777 South Figueroa Street<br>Los Angeles, CA 90017 | 865 South Figueroa Street, Suite 2400<br>Los Angeles, CA 90017 |
| 3 | (Special Notice Party) | (Special Notice Party) |
| 4 | Frederick D. Holden, Jr., Esq. | James F. Basile, Esq. |
| 5 | The Orrick Building<br>405 Howard Street, 10th Floor | James Shannon, Esq.<br>Kirkland & Ellis LLP |
| 6 | San Francisco, CA 94105<br>(Special Notice Party) | 555 California Street<br>San Francisco, CA 94104 |
| 7 | | (Special Notice Party) |
| 8 | Lois Bruckner Parks, Esq.<br>Pension Benefit Guaranty Corporation | Eugene Egdorf, Esq.<br>The Lanier Law Firm |
| 9 | Office of the General Counsel<br>1200 K Street, N.W. | 6810 FM 1960 West<br>Houston, TX 77069 |
| 10 | Washington, D.C. 20005<br>(Special Notice Party) | (Special Notice Party) |
| 11 | Barry V. Freeman, Esq. | Richard A. Rogan, Esq. |
| 12 | Jeffer, Mangels, Butler & Marmaro LLP<br>1900 Avenue of the Stars, 7th Floor | Jeffer, Mangels, Butler & Marmaro LLP<br>Two Embarcadero Center, 5th Floor |
| 13 | Los Angeles, CA 90067<br>(Special Notice Party) | San Francisco, CA 94111<br>(Special Notice Party) |
| 14 | John C. Dwyer, Esq. | Neil Herskowitz |
| 15 | Cooley Godward LLP<br>Five Palo Alto Square | c/o Riverside Contracting<br>P.O. Box 626 |
| 16 | 3000 El Camino Real<br>Palo Alto, CA 94306-2155 | Planetarium Station<br>New York, NY 10024-0540 |
| 17 | (Special Notice Party) | (Special Notice Party) |
| 18 | Robert A. Greenfield, Esq.<br>Alan Pedlar, Esq. | Jennifer Partridge, Esq.<br>SVP & Corporate Counsel |
| 19 | Stutman, Triester & Glatt<br>1901 Avenue of the Stars, 12th Floor | Williams Lea<br>233 S. Wacker Drive, Suite 4850 |
| 20 | Los Angeles, CA 90067<br>(Special Notice Party) | Chicago, IL 60606<br>(Special Notice Party) |
| 21 | Rebecca U. Litteneker, Esq. | Abraham S. Isenberg |
| 22 | Scott H. McNutt, Esq.<br>McNutt Law Group, LLP | 11251 Aspen Glen Drive<br>Boynton Beach, FL 33437 |
| 23 | 188 The Embarcadero, Suite 800<br>San Francisco, CA 94105 | (Special Notice Party) |
| 24 | (Special Notice Party) | |
| 25 | Abraham S. Isenberg<br>21216 Clubside Drive, Apt. C | Debra A. Bodkin, Esq.<br>139 Abbeywood Lane |
| 26 | Boca Raton, FL 33437<br>(Special Notice Party) | Aliso Viejo, CA 92656<br>(Special Notice Party) |
| 27 | | |
| 28 | | |

-3-
SERVICE LIST

| | | |
|---|---|---|
| 1 | David Gould | Wayne Johnson |
| | David Gould, APC | Law Office of Wayne Johnson |
| 2 | 23975 Park Sorrento, Suite 200 | Post Office Box 1900 |
| | Calabasas, CA 91302 | Redlands, CA 92373 |
| 3 | (Special Notice Party) | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

-4-

SERVICE LIST