ORIGINAL

FILED
MAR - 3 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

DAN J. SCHULMAN
188 OLD CANAL LANE
UPPER BLACK EDDY, PA 18972
Tel: (646) 263 3189
Email: DANJEREMYSCHULMAN@YAHOO.COM

SPECIAL NOTICE PARTY

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>BROBECK, PHLEGER & HARRISON LLP,<br><br>Debtor. | Chapter 7<br><br>Case No. 03-32715 (DM)<br><br>**NOTICE OF CHANGE OF ADDRESS FOR DAN J. SCHULMAN, SPECIAL NOTICE PARTY** |

**TO ALL COUNSEL AND PARTIES OF RECORD:**

NOTICE IS HEREBY GIVEN that all further pleading, correspondence and communications to Special Notice Party Dan J. Schulman should be sent to: Dan J. Schulman, 188 Old Canal Lane, Upper Black Eddy, PA 18972.

DATED: February 25, 2011

_____
Dan J. Schulman

NewYork 1409077.1