

FILED
MAR 03 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

DAN J. SCHULMAN
188 OLD CANAL LANE
UPPER BLACK EDDY, PA 18972
Tel: (646) 263 3189
Email: DANJEREMYSCHULMAN@YAHOO.COM

SPECIAL NOTICE PARTY

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In re | |
|---|---|
| BROBECK, PHLEGER & HARRISON LLP, | Case No. 03-32715 (DM) |
| Debtor. | Chapter 7 |
| | **CERTIFICATE OF SERVICE** |

-2-

NewYork 1409077.1

I am over the age of eighteen years and not a party to the within action. My business address is Salans, 620 Fifth Avenue, New York, NY 10020.

On February 25, 2011, I served the following pleading:

**NOTICE OF CHANGE OF ADDRESS FOR
DAN J. SCHULMAN, SPECIAL NOTICE PARTY**

on the interested parties in this action by placing true copies thereof, enclosed in sealed envelopes, with first-class postage thereon fully prepaid, in the United States mail at New York, NY, addressed as follows:

**SEE ATTACHED SERVICE LIST**

I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at New York, NY. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at New York, NY in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in an affidavit.

I declare that I am a member of the bar of this Court, at whose direction the within service was made. I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct.

EXECUTED on February 25, 2011, at New York, NY.

_____
Dan J. Schulman, Declarant

NewYork 1409077.1

# SERVICE LIST

| | |
|---|---|
| Patricia A. Cutler, Esq.<br>Frank M. Cadigan, Esq.<br>Office of the U.S. Trustee<br>235 Pine Street; 7th Floor<br>San Francisco, CA 94104<br>(U.S. Trustee) | Eric A. Nyberg, Esq.<br>Kornfield, Paul & Nyberg<br>1999 Harrison Street, #800<br>Oakland, CA 94612<br>(Special Notice Party) |
| Ronald F. Greenspan<br>FTI Consulting, inc.<br>633 W. 5th Street, Suite 1600<br>Los Angeles, CA 90071<br>(Chapter 7 Trustee) | M. Freddie Reiss<br>FTI Consulting, Inc.<br>633 W. 5th Street, Suite 1600<br>Los Angeles, CA 90071<br>(Special Notice Party) |
| E. Lynn Schoenmann<br>800 Powell Street<br>San Francisco, CA 94104<br>(Special Notice Party) | Richard M. Shapiro<br>Tyler C. Gerking<br>Farella Braun & Martel LLP<br>235 Montgomery Street, 17th Floor<br>San Francisco, CA 94014<br>(Special Notice Party) |
| Vince Coscino, Esq.<br>Allen, Matkins, Leck, Gamble & Mallory<br>1900 Main Street, 5th Floor<br>Irvine, CA 92614<br>(Special Notice Party) | Todd E. Whitman, Esq.<br>Allen, Matkins, Leck, Gamble & Mallory<br>515 S. Figueroa Street, 7th Floor<br>Los Angeles, CA 90071<br>(Special Notice Party) |
| David Fallek, Esq.<br>Bingham McCutchen LLP<br>Three Embarcadero Center, Ste. 1800<br>San Francisco, CA 94111<br>(Special Notice Party) | Eric J. Taube, Esq.<br>Hohmann, Taube And Summers<br>100 Congress Ave., 18th Floor<br>Austin, TX 78701<br>(Special Notice Party) |
| Stan G. Roman, Esq.<br>Krieg, Keller, Sloan, Reilley & Roman LLP<br>555 Montgomery Street, 17th Floor<br>San Francisco, CA 94111<br>(Special Notice Party) | Desmond Cussen, Esq.<br>Gibson, Dunn & Crutcher<br>555 Mission Street, Suite 300<br>San Francisco, CA 94105<br>- (Special Notice Party) |
| Cecily A. Dumas, Esq.<br>M. Elaine Hammond, Esq.<br>Friedman Dumas & Springwater LLP<br>150 Spear Street, Suite 1600<br>San Francisco, CA 94105<br>(Special Notice Party) | Matthew Gold<br>Argo Partners<br>12 West 37th Street, 9th Floor<br>New York, NY 10018<br>(Special Notice Party) |
| John J. Marshall<br>JM Partners LLC<br>PO Box 29940<br>Richmond, VA 23242<br>(Special Notice Party) | Michael T. O'Halloran, Esq.<br>Law Office of Michael T. O'Halloran<br>1010 Second Avenue, Suite 1727<br>San Diego, CA 92101<br>(Special Notice Party) |

-4-

NewYork 1409077.1

| | |
|---|---|
| Jeremy W. Katz, Esq.<br>Pinnacle Law Group<br>425 California Street, Ste. 1800<br>San Francisco,. CA 94104<br>(Special Notice Party) | Nick I. Iezza, Esq.<br>Spiwak & Iezza<br>555 Marin Street, Suite 140<br>Westlake Village, CA 91360<br>(Special Notice Party) |
| Gary Fergus, Esq.<br>Fergus, a Law Firm<br>595 Market Street, Suite 2430<br>San Francisco, CA 94105<br>(Special Notice Party) | Philip H. Schaeffer, Esq.<br>White and Case LLP<br>1155 Avenue of the Americas<br>New York, NY 10036<br>(Special Notice Party) |
| Lawrence Burnat, Esq.<br>Schreeder, Wheeler and Flint LLP<br>1100 Peachtree Street, N.E.<br>Suite 800<br>Atlanta, GA 30309<br>(Special Notice Party) | Patrick A. Murphy, Esq.<br>Margaret Sheneman, Esq.<br>Brian Y. Lee, Esq.<br>Winston & Strawn LLP<br>101 California Street, 39th Floor<br>San Francisco, CA 94111<br>(Special Notice Party) |
| Dan J. Schulman<br>Salans<br>620 5th Avenue<br>New York, NY 10020<br>(Special Notice Party) | Gregory A. Markel, Esq.<br>Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, NY 10281<br>(Special Notice Party) |
| Barbara B. Creed, Esq.<br>Law Offices of Trucker and Huss<br>120 Montgomery St., 23rd Floor<br>San Francisco, CA 94104<br>(Special Notice Party) | Wells Fargo Bank<br>BDD-Bankruptcy<br>P.O. Box 53476<br>Phoenix, AZ 85072<br>(Special Notice Party) |
| Robert Jay Moore, Esq.<br>Janet Hensch, Esq.<br>Milbank, Tweed, Hadley & McCloy LLP<br>601 S. Figueroa Street, Suite 3000<br>Los Angeles, CA 90017<br>(Special Notice Party) | David M. Stern, Esq.<br>Thomas E. Patterson, Esq.<br>Klee, Tuchin, Bogdanoff & Stern LLP<br>1999 Avenue of the Stars, 39th Floor<br>Los Angeles, CA 90067<br>(Special Notice Party) |
| Gerard J. Walsh, Esq.<br>Orrick, Herrington & Sutcliffe LLP<br>777 South Figueroa Street, Suite 3200<br>Los Angeles, CA 90017<br>(Special Notice Party) | James J. Elacqua,.Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>525 University Avenue, Suite 1100<br>Palo Alto, CA'94301<br>(Special Notice Party) |
| William Bryan Farney<br>DECHERT LLP<br>300 West 6th Street, Suite 1850<br>Austin, TX 78701<br>(Special Notice Party) | James L. Miller, Esq.<br>Snyder, Miller & Orton<br>180 Montgomery Street, Suite 700<br>San Francisco, CA 94104<br>(Special Notice Party) |

NewYork 1409077.1

| | | |
|---|---|---|
| 1 | John A. Vas, Esq.<br>1430 Lincoln Avenue<br>San Rafael, CA 94901<br>(Special Notice Party | William R. Irwin, Esq.<br>6966 Paso Robles Drive<br>Oakland, CA 94611<br>(Special Notice Party) |
| 2 | | |
| 3 | Richard L. Wynne, Esq.<br>Kirkland & Ellis LLP<br>777 South Figueroa Street<br>Los Angeles, CA 90017<br>(Special Notice Party) | John R. Tate, Esq.<br>Davis Wright Trein&ine LLP<br>865 South Figueroa Street, Suite 2400<br>Los Angeles, CA 90017<br>(Special Notice Party) |
| 4 | | |
| 5 | | |
| 6 | Frederick D. Holden, Jr., Esq.<br>The Orrick Building<br>405 Howard Street, 10th Floor<br>San Francisco, CA 94105<br>(Special Notice Party) | James F. Basile, Esq..<br>James Shannon, Esq.<br>Kirkland & Ellis LLP<br>555 California Street<br>San Francisco, CA 94104<br>(Special Notice Party) |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | Lois Bruckner Parks, Esq.<br>Pension Benefit Guaranty Corporation<br>Office of the General Counsel<br>1200 K Street, N.W.<br>Washington, D.C. 20005<br>(Special Notice Party) | Eugene Egdorf, Esq.<br>The Lanier Law Firm<br>6810 FM 1960 West<br>Houston, T<br>(Special Notice Party) |
| 11 | | |
| 12 | | |
| 13 | Barry V. Freeman, Esq.<br>Jeffer, Mangels, Butler & Marmaro LLP<br>1900 Avenue of the Stars, 7th Floor<br>Los Angeles, CA 90067<br>(Special Notice Party) | Richard A. Rogan, Esq.<br>Jeffer, Mangels, Butler & Marmaro LLP<br>Two Embarcadero Center, 5th Floor<br>San Francisco, CA 94111<br>(Special Notice Party) |
| 14 | | |
| 15 | | |
| 16 | John C. Dwyer, Esq.<br>Cooley Godward LLP<br>Five Palo Alto Square<br>3000 El Camino Real<br>Palo Alto, CA 94306-2155<br>(Special Notice Party) | Neil Herskowitz<br>c/o Riverside Contracting<br>P.O. Box 626<br>Planetarium Station<br>New York, NY 10024-0540<br>(Special Notice Party) |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | Robert A. Greenfield, Esq.<br>Alan Pedlar, Esq.<br>Stutman, Triester & Glatt<br>1901 Avenue of the Stars, 12th Floor<br>Los Angeles, CA 90067<br>(Special Notice Party) | Jennifer Partridge, Esq.<br>SVP & Corporate Counsel<br>Williams Lea<br>233 S. Wacker Drive, Suite 4850<br>Chicago, IL 60606<br>(Special Notice Party) |
| 21 | | |
| 22 | | |
| 23 | Rebecca U. Litteneker, Esq.<br>Scott H. McNutt, Esq.<br>McNutt Law Group, LLP<br>188 The Embarcadero, Suite 800<br>San Francisco, CA 94105<br>(Special Notice Party) | Abraham S. Isenberg<br>11251 Aspen Glen Drive<br>Boynton Beach, FL 33437<br>(Special Notice Party) |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | NewYork 1409077.1 | |

Case: 03-32715   Doc# 2836   Filed: 03/03/11   Entered: 03/10/11 13:11:24   Page 5 of 6

| | | |
|---|---|---|
| 1 | | |
| 2 | Abraham S. Isenberg<br>21216 Clubside Drive, Apt. C | Debra A. Bodkin, Esq.<br>139 Abbeywood Lane |
| 3 | Boca Raton, FL 33437<br>(Special Notice Party). | Aliso Viejo, CA 92656<br>(Special Notice Party) |
| 4 | David Gould | Wayne Johnson |
| 5 | David Gould, APC<br>23975 Park Sorrento, Suite 200 | Law Office of Wayne Johnson<br>Post Office Box 1900 |
| 6 | Calabasas, CA 91302<br>(Special Notice Party) | Redlands, CA 92373 |

-7-

NewYork 1409077.1

Case: 03-32715   Doc# 2836   Filed: 03/03/11   Entered: 03/10/11 13:11:24   Page 6 of 6