**NEW YORK STATE | Department of Taxation and Finance**

BANKRUPTCY UNIT



FILED
FEB 12 2018
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

December 22, 2017

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
P. O. BOX 7341
SAN FRANCISCO, CA 94120

Re: Claim withdrawal for BROBECK, PHLEGER & HARRISON LLP
Docket #: 03-32715 DM

Dear Sir/Madam:

New York State Department of Taxation and Finance is withdrawing the 1st Amended Administrative Expense proof of claim #1196-2 in the amount of $94,853.24 with a statement date of 12/26/2017. There is no surviving Administrative Expense period proof of claim.

If you have any questions, please contact me at (518) 457-3160.

Sincerely,

Roger Rue
Tax Compliance Representative I